MICHAEL B. LEE, ESQ. (NSB 10122)
MICHAEL MATTHIS, ESQ. (NSB 14582)
MICHAEL B. LEE, P.C.
1820 E. Sahara Avenue, Suite 110
Las Vegas, Nevada 89104
Telephone: (702) 477.7030
Facsimile: (702) 477.0096
mike@mblnv.com
Attorneys for Plaintiff LVC SURGICAL CENTER, LLC



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 0 3 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NGAN LE, individually;

      Plaintiff,

vs.

INSIGHT SURGICAL EQUIPMENT CO., an
Arizona Corporation; DOES 1 through 10,
inclusive; and ROE BUSINESS ENTITIES I
through X, inclusive,

      Defendant.

Case No.: 2:19–cv–1857–RFB–EJY

**STIPULATION AND ORDER TO
TRRANSFER JURISDICTION FROM
MAGISTRATE JUDGE ELAYNA J.
YOUCHAH TO MAGISTRATE JUDGE
BRENDA WEKSLER**

Plaintiff NGAN LE ("Plaintiff" or "Le"), by and through his attorneys of record, the law firm of MICHAEL B. LEE., P.C., and Defendant INSIGHT SURGICAL EQUIPMENT CO. ("Insight" or "Defendant"), by and through its attorneys of record, WILSON ELSER, hereby submits this **STIPULATION AND ORDER TO TRANSFER JURISDICTION FROM MAGISTRATE JUDGE ELAYNA J. YOUCHAH TO MAGISTRATE JUDGE BRENDA WEKSLER** ("Stipulation"). The Stipulation is made and based on the following information:

     1.    This matter is related to Case No. 2:19-cv-1734-RFB-EJY, entitle LVC Surgical Center, LLC v. Insight Surgical Equipment Co. ("Related Case").

     2.    Both actions involve the same general parties, Mr. Le is a member of LVC Surgical Center, Plaintiff in related case, and has authority to resolve that matter, and Defendant Insight is the defendant in both cases.

     3.    Moreover, the parties are represented by the same counsel.

     4.    The Related Case was set for settlement conference in front of the Honorable Magistrate Judge Brenda Weksler on January 3, 2020.

MICHAEL B. LEE, P.C.
1820 E. SAHARA AVENUE, SUITE 110, LAS VEGAS, NEVADA 89104
TEL – (702) 477.7030; FAX – (702) 477.0096
mike@mblnv.com



MICHAEL B. LEE, P.C.
1820 E. SAHARA AVENUE, SUITE 110, LAS VEGAS, NEVADA 89104
TEL – (702) 477.7030; FAX – (702) 477.0096
mike@mblnv.com

1      5.      Plaintiff and Defendant desire to settle both the present matter and Related Case

2 together and believe settlement of both matters can be achieved at the date and time of the

3 settlement conference in the Related Case.

4      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and

5 Defendant, that magistrate jurisdiction in this matter shall be transferred from the Honorable

6 Magistrate Judge Elayna Youchah to the Honorable Magistrate Judge Brenda Weksler, who is

7 also the magistrate judge in the Related Case.

8      **IT IS FURTHER STIPULATED AND AGREED** that Honorable Magistrate Judge

9 Brenda Weksler has authority bind the parties to settlement in this matter, if settlement is so

10 achieved.

11 DATED this 3rd of January, 2020.        DATED this 3rd of January, 2020.

12 MICHAEL B. LEE, P.C.        WILSON ELSER

13

14 MICHAEL B. LEE, ESQ. (NSB 10122)    MICHAEL P. LOWRY, ESQ.
CHRISTOPHER J. RICHARDSON, ESQ.

15 1820 E. Sahara Ave. Ste. 110      300 South 4th Street, 11th Floor
Las Vegas, Nevada 89104        Las Vegas, NV 89101-6014

16 Tel: 702.477.7030 / Fax: 702.477.0096  Tel: 702.727.1400/Fax: 702.727.1401
mike@mblnv.com          E-mail: Michael.Lowry@wilsonelser.com

17 *Attorney for Plaintiff*         E-mail: Chris.Richardson@wilsonelser.com
Attorneys for Insight Surgical Equipment Co.

18                     **ORDER**

19       Based on the foregoing **STIPULATION AND ORDER TO TRRANSFER**

20 **JURISDICTION FROM MAGISTRATE JUDGE ELAYNA J. YOUCHAH TO**

21 **MAGISTRATE JUDGE BRENDA WEKSLER**, the Stipulation is GRANTED and magistrate

22 jurisdiction for this matter will be transferred to Honorable Magistrate Judge Brenda Weksler.

23       DATED this __7th__ day of January, 2020.

24

25 HON. RICHARD F. BOULEWARE, II

26 UNITED STATES DISTRICT COURT JUDGE

27

28